Joseph L. McGlynn (Admitted pro hac)
DELUCA LEVINE
Three Valley Square, Suite 220
Blue Bell, PA  19422
Phone: (215) 383-0081
Fax: 215-383-0082
Email: jmcglynn@delucalevine.com

*Attorneys for Plaintiffs Honeybee Foods Corporation, Sompo America Insurance Company, AAV Holding, Inc., and Security National Insurance Company*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY a/s/o Fortune Management Corporation, a Rhode Island company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HILL PHOENIX, INC., a Georgia company, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS. | CASE NO. 8:20−cv−00095−SB−ADS <br><br> Honorable Stanley Blumenfeld, Jr. Courtroom 6C <br><br> **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO ADJOURN PRE-TRIAL CONFERENCE AND TRIAL** <br><br> Complaint Filed: January 16, 2020 <br> Pretrial Conference: November 12, 2021 <br> Trial Date:           November 29, 2021 |

Plaintiffs Honeybee Foods Corporation, Sompo America Insurance Company, AAV Holding, Inc., and Security National Insurance Company are pleased to report that they have reached a settlement agreement in the above- captioned matter. The parties are currently preparing a written settlement agreement. Shortly thereafter, the

parties will be filing a request for dismissal with prejudice. In the meantime, the parties request that Court adjourn the pre-trial conference scheduled for November 12, 2021 and the trial scheduled for November 29, 2021.

DATED: November 11, 2021

DELUCA LEVINE

*/s/Joseph L. McGlynn*
JOSEPH L. MCGLYNN
Attorneys for Plaintiffs HONEYBEE FOODS CORPORATION, SOMPO AMERICA INSURANCE COMPANY f/k/a SOMPO JAPAN INSURANCE COMPANY OF AMERICA, and SECURITY NATIONAL INSURANCE COMPANY

TUCKER ELLIS LLP

*/s/ Daniel J. Kelly*
DANIEL J. KELLY
ANTHONY D. BROSAMLE
Attorneys for Defendant / Cross-Defendant, HILL PHOENIX, INC.