Case 8:20-cv-00095-SB-ADS   Document 197   Filed 12/31/21   Page 1 of 7

FILED
CLERK, U.S. DISTRICT COURT
December 31, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY a/s/o Fortune Management Corporation, a Rhode Island company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HILL PHOENIX, INC., a Georgia company, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS. | Case No. 8:20-cv-00095-SB-ADS <br><br> **FINAL JUDGMENT** |

For the reasons set forth in the Court's separate Order on Summary Judgment, Dkt. No. 185, it is:

ORDERED AND ADJUDGED that Plaintiff Affiliated FM Insurance Company (AFM) shall take nothing on its claims against Defendants Hill Phoenix, Inc., Southern Cal Refrigeration Corp., and Bergman KPRS LLC.  AFM's claims are DISMISSED with prejudice.

ORDERED AND ADJUDGED that Plaintiffs Honeybee Foods Corporation, Sompo American Insurance Company, and Security National Insurance Company shall take nothing on their claims against Southern Cal Refrigeration Corp. and

Bergman KPRS LLC.  Plaintiffs' claims are DISMISSED with prejudice.

ORDERED AND ADJUDGED that Plaintiffs Honeybee Foods Corporation, Sompo American Insurance Company, and Security National Insurance Company shall take nothing on their negligence, breach of warranty, and punitive damages claims against Hill Phoenix, Inc.  Plaintiffs' claims are DISMISSED with prejudice.

ORDERED AND ADJUDGED that Defendant Southern Cal Refrigeration Corp. (So Cal) shall take nothing on its claims against Prime Refrigeration Systems, Inc.  So Cal's claims are DISMISSED with prejudice.

ORDERED AND ADJUDGED that Defendant Bergman KPRS LLC (Bergman) shall take nothing on its claims against Southern Cal Refrigeration Corp., Hill Phoenix, Inc., and Prime Refrigeration Systems, Inc.  Bergman's claims are DISMISSED with prejudice.

ORDERED AND ADJUDGED that Defendant Bergman shall take nothing on its claims for for equitable indemnity, contribution/apportionment, express indemnity, and declaratory relief against Wilhelm Electric Co., Inc.  Bergman's claims are DISMISSED with prejudice.

This is a Final Judgment.

Dated:  December 31, 2021

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE