Lawrence S. Zucker, II (Bar No. 225498)
  *lzucker@hbblaw.com*
Michael Parme (Bar No. 261719)
  *mparme@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
402 West Broadway, Suite 1850
San Diego, California 92101
Telephone: 619.595.5583
Facsimile: 619.595.7873

Attorneys for Defendant/Cross-Claimant/
Third-Party Plaintiff BERGMAN KPRS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY a/s/o Fortune Management Corporation, a Rhode Island company, HONEYBEE FOODS CORPORATION d/b/a JOLLIBEE, a Delaware company, HONEYBEE FOODS CORPORATION d/b/a RED RIBBON BAKE SHOP, INC., a Delaware company, et al, <br><br>Plaintiffs,<br><br>v.<br><br>HILL PHOENIX, INC., a Georgia company, SOUTHERN CAL REFRIGERATION, CORP., a California company, BERGMAN KPRS LLC, a California company, and JOHN DOES 1-10. unknown individuals and companies,<br><br>Defendants. | Case No. 8:20-CV-00095-SB-ADS<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO ADJOURN TRIAL AND TRIAL-RELATED DATES**<br><br>Hon. Stanley Blumenfeld, Jr.-Crtrm. 6C<br><br>Action Filed:  January 16, 2020<br>Trial Date:     November 29, 2021 |

Third Party Plaintiff BERGMAN KPRS, LLC (Bergman) and Cross-Defendant Wilhelm Electric Co. (Wilhelm) do hereby notify this Court these parties have reached a settlement as to the remaining issues on Bergman's breach of contract claim against Wilhelm Electric Co. The parties are preparing a written

settlement agreement, and anticipate filing a dismissal pursuant to the terms of settlement in short order. Based on the above, the settling parties do stipulate and request that this Court adjourn the scheduled bench trial and all pending trial-related dates.

Bergman attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 4, 2022    HAIGHT BROWN & BONESTEEL LLP

By: ___*/s/ Michael C. Parme*___
Lawrence S. Zucker, II
Michael C. Parme
Attorneys for Third-Party Plaintiff
BERGMAN KPRS, LLC

Dated: February 4, 2022    SPRINGEL & FINK LLP

By: ___*/s/ Kevin Lawless*___
Kevin E. Lawless
Darren M. Ebner
Attorneys for Third-Party Defendant
Wilhelm Electric Co.

NW08-0000075
14054058.1

Case No. 8:20-CV-00095-SB-ADS
NOTICE OF SETTLEMENT AND STIPULATION
TO ADJOURN TRIAL AND TRIAL-RELATED
DATES

2

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

*Affiliated FM Insurance Company, et al. v. Hill Phoenix, Inc., et al.*
Case No. 8:20-cv-00095-SB-ADS

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 402 West Broadway, Suite 1850, San Diego, CA 92101.

On February 4, 2022, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 4, 2022, at San Diego, California.

*/s/ Michael Parme*
_____
Michael Parme

**SERVICE LIST**
*Affiliated FM Insurance Company, et al. v. Hill Phoenix, Inc., et al.*
Case No. 8:20-cv-00095-SB-ADS

| | |
|---|---|
| Hanni Pichel<br>Jeff M. Sbaih  (Admitted pro hac vice)<br>WILSON SMITH COCHRAN DICKERSON<br>901 Fifth Avenue #1700<br>Seattle, Washington 98164<br><br>T: 206-623-4100 / F:206-623-9723<br>pichel@wscd.com sbaih@wscd.com<br>*Attorneys for Plaintiff Affiliated FM* | Richard C Moreno<br>Murchison and Cumming LLP<br>801 South Grand Avenue 9th Floor<br>Los Angeles, CA 90017-4613<br><br>T: 213-623-7400 / F: 213-623-6336<br>rmoreno@murchisonlaw.com<br>*Attorney for Plaintiffs* |
| Joseph L McGlynn<br>de Luca Levine LLC<br>Three Valley Square Suite 220<br>Blue Bell, PA 19422<br><br>T: 215-310-4731 / F: 215-383-0082<br>jmcglynn@delucalevine.com<br>*Attorney for Plaintiffs* | Anthony Dean Brosamle<br>Stephanie C. Chang<br>Tucker Ellis LLP<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071<br><br>T: 213-430-3400 / F: 213-430-3409<br>anthony.brosamle@tuckerellis.com;<br>stephanie.chang@tuckerellis.com<br>*Attorney for Defendant Hill Phoenix* |
| Daniel James Kelly<br>Tucker Ellis LLP<br>201 Mission Street Suite 2310<br>San Francisco, CA 94105<br><br>T: 415-617-2400  / F: 415-617-2409<br>daniel.kelly@tuckerellis.com<br>*Attorney for Defendant Hill Phoenix* | Michael D. Hirsch<br>Joshua D. Watts<br>Christensen Hsu Sipes LLP<br>1629 Cravens Avenue<br>Torrance, CA 90501<br><br>T: 310-222-8607 / F: 310-222-8680<br>mike@chs.law; joshua@chs.law<br>*Attorneys for Defendant Bergman KPRS, LLC* |
| Andreea V. Custurea<br>Domingo R. Tan<br>Wood, Smith, Henning & Berman LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, CA 90024<br><br>T: 310-481-7600 / F: 310-481-7650<br>acusturea@wshblaw.com;<br>dtan@wshblaw.com<br>*Attorney for Defendant Southern Cal Refrigeration Corp* | Kevin E. Lawless<br>Darren M. Ebner<br>Springel & Fink LLP<br>20377 SW Acacia Street, Suite 250<br>Newport Beach, CA 92660<br><br>T: 714-957-5742 / F: 714-957-5762<br>klawless@springelfink.com;<br>debner@springelfink.com;<br>*Attorneys for Third-Party Defendant Wilhelm Electric Co., Inc.* |

Haight

NW08-0000075
14054058.1

Case No. 8:20-CV-00095-SB-ADS
NOTICE OF SETTLEMENT AND STIPULATION
TO ADJOURN TRIAL AND TRIAL-RELATED
DATES

Charles L. Harris
Terri Bui
Lewis Brisbois Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626

T: 714-545-9200 / F: 714-850-1030
charles.harris@lewisbrisbois.com;
terri.bui@lewisbrisbois.com
*Attorney for Third-Party Defendant Prime Refrigeration Systems, Inc.*