TUCKER ELLIS LLP
Daniel J. Kelly - SBN 145088
daniel.kelly@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

TUCKER ELLIS LLP
Anthony D. Brosamle - SBN 208664
anthony.brosamle@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:   213.430.3400
Facsimile:   213.430.3409

Attorneys for Defendant and Cross-Defendant
HILL PHOENIX, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY a/s/o Fortune Management Corporation, a Rhode Island company, HONEYBEE FOODS CORPORATION d/b/a JOLLIBEE, a Delaware company, HONEYBEE FOODS CORPORATION d/b/a RED RIBBON BAKE SHOP, INC., a Delaware company, SOMPO AMERICA INSURANCE COMPANY f/k/a SOMPO JAPAN INSURANCE COMPANY OF AMERICA a/s/o HONEYBEE FOODS CORPORATION, a North Carolina Company, and SECURITY NATIONAL INSURANCE COMPANY a/s/o AAV HOLDING, INC., a Texas company,<br><br>                Plaintiffs,<br><br>   v.<br><br>HILL PHOENIX, INC et al,<br><br>                Defendants.<br><br>AND RELATED CROSS-ACTIONS AND THIRD-PARTY ACTIONS. | Case No. 8:20-cv-00095-SB-ADS<br><br>Assigned to District Judge Stanley Blumenfeld, Jr. and Magistrate Judge Autumn D. Spaeth<br><br>**ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT**<br><br>Complaint Filed: January 16, 2020<br>Judgment Entered: December 31, 2021 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant and Cross-Defendant Hill Phoenix, Inc. ("Hillphoenix") hereby gives notice that the Final Judgment entered on December 31, 2021 (Dkt. 197), in favor of Hillphoenix and against plaintiff Affiliated FM Insurance Company in this action, has been satisfied. Hillphoenix therefore respectfully requests that the Clerk of this Court make proper entries and recordings to effect full satisfaction of judgment.

DATED: November 7, 2022                    TUCKER ELLIS LLP

By: _____
Daniel J. Kelly
Anthony D. Brosamle
Attorneys for Defendant and Cross-Defendant HILL PHOENIX, INC.